858 A.2d 551

IN THE MATTER OF MATTHEW J. KIRNAN,
AN ATTORNEY AT LAW.

September 22, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–122, concluding that **MATTHEW J. KIRNAN** of **VERONA**, who was admitted to the bar of this State in 1986, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b)(1) by Order of this Court filed June 3, 2003, and who remains suspended at this time, should be suspended from the practice of law for a period of eighteen months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **MATTHEW J. KIRNAN** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to June 3, 2003; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that he continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.